EL PUEBLO, DEMANDANTE Y APELADO, *v.* OJEDA, ACUSADO Y
APELANTE.

APELACIÓN procedente de la Corte de Distrito de Mayagüez
en causa por delito contra la salud pública.

No. 1278.—Resuelto en junio 21, 1918.

MOCIÓN DE NON SUIT—PRESENTACIÓN DE LA PRUEBA.—Cuando un acusado al cual
se le ha desestimado una moción de *non-suit*, introduce su prueba, este paso
equivale a una renuncia de su moción, ya que la regla es idéntica en casos
civiles y criminales.

VENTA DE LECHE ADULTERADA—INFORME PERICIAL—EVIDENCIA—DUEÑO DEL
PUESTO.—En este caso el acusado no hizo objeción al informe del perito
que sostuvo la adulteración de la leche, sino que se limitó a negar que él
la vendiera; pero como la evidencia demuestra que el acusado era el dueño
del puesto de donde procedía la leche, es responsable, de acuerdo con la
jurisprudencia establecida en el caso de *El Pueblo* v. *Gautier*, 20 D. P. R. 327.

Los hechos están expresados en la opinión.

Abogados del apelante: *Sres. Feliú & Alemañy.*

Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tri-
bunal.

El primer señalamiento de error es que la corte debió
haber concedido la moción de *non suit.* Después de haber
sido ésta desestimada, el acusado presentó su prueba. Este
paso constituyó una renuncia de la moción de *non suit.* La
regla es idéntica en casos civiles y criminales.

El apelante sostiene que no hubo prueba de la adultera-
ción, pero no hizo objeción a la manifestación del perito de
que la leche vendida estaba adulterada, manifestación que la
corte tenía derecho a creer.

La defensa principal es que el acusado no vendió la leche.
Sostuvo que la había vendido a su hijo y que no era respon-
sable por lo que ocurriera después. Pero, aunque hubo
conflicto en la prueba, ésta demostró suficientemente que el
apelante era el dueño del puesto de donde procedía la leche
vendida y por tanto era responsable. *El Pueblo* v. *Gautier,*
20 D. P. R. 327.

· La sentencia debe ser confirmada.

*Confirmada la sentencia.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.